1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAGALLON ) | CASE NO. CV08-5329MMM(PLAx) |
| ) | |
| Plaintiff, ) | **ORDER RE REVISED** |
| vs. ) | **STIPULATED PROTECTIVE** |
| ) | **ORDER** |
| CITY OF LOS ANGELES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties having so stipulated, and good cause appearing, the Revised Stipulated Protective Order filed by the parties is hereby granted.

**IT IS SO ORDERED:**

**DATED: 1/28/09**  
_____
**PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

**Presented by:**

_____
**GEOFFREY PLOWDEN, Deputy City Attorney**
Attorneys for Defendants CITY OF LOS ANGELES,
JOSEPH GETHERALL AND FRANK GARCIA